UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
_____ Division

In re

Debtor(s)

Case No.
Chapter

v.        Plaintiff(s)        Adversary Proceeding No.

Defendant(s)

## SUMMONS AND NOTICE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.  **Motion or Answer is due by** _____.
If you make a motion, your time to answer is governed by Fed.R.Bankr.P. 7012.

> ***ADDRESS OF CLERK:***   William C. Redden, Clerk
> United States Bankruptcy Court

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> ***NAME AND ADDRESS OF***
> ***PLAINTIFF'S ATTORNEY:***

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| ***ADDRESS:*** | ***Room:*** |
|---|---|
|  | ***Date and Time:*** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

WILLIAM C. REDDEN, CLERK OF COURT

Date _____        By: _____
Deputy Clerk



*[Note: It is the responsibility of counsel for the plaintiff/movant to advise the Court of any settlement or any other valid reason that a Court scheduled pretrial conference, hearing or trial need not be conducted.  Counsel are advised to provide the Court with such notification as far in advance of any such conference, hearing or trial as is practical under the circumstances.  Failure of such counsel to properly and timely notify the Court may result in the imposition of sanctions.  Local Bankruptcy Rule 9013-1(O)].*

[ver. 05/08]