# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

In re:                                                    Case No.
                                                          Chapter
     Debtor,

     Plaintiff,

vs.

                           Adv. Proc. No.

     Defendant,

**INITIAL SCHEDULING ORDER**

1. **Motions must be promptly set for hearing.** Any motion to dismiss or for more definite statement shall be noticed by the movant at the same time as it is filed for a hearing on the nearest available motions day that provides 15 days notice. *Failure to notice such motions for a hearing may result in the summary denial of the motion.* Available motions dates may be obtained from the clerk.

2. **Discovery Meeting and Commencement of Discovery.** The attorneys and any party not represented by an attorney shall meet to formulate a discovery plan as required by F.R.Bankr.P. 7026 and F.R.Civ.P. 26(f) no later than 40 days after the issuance of the summons. The meeting may be in person or by telephone. Discovery may be commenced 40 days after the issuance of the summons, or, if earlier, after the discovery meeting provided that the parties have agreed upon a discovery plan.

3. **Initial Pretrial Conference.** An initial pretrial conference under F.R.Bankr.P. 7016 and F.R.Civ.P. 16(a) shall be held on _____ at 9:30 a.m. in Courtroom ___, Martin V.B. Bostetter, Jr., United States Courthouse, 200 South Washington Street, Alexandria, Virginia, to establish a discovery plan, if **at least 10 days before the date of the initial pretrial conference** the parties file a proposed discovery plan or either party files a statement that the discovery plan contained in paragraph 4 of this order is not appropriate for this case and that the parties have been unable to agree on a discovery plan. **The motion to establish a discovery plan should be noticed for a hearing using the above referenced date and time.** Otherwise, the initial pretrial conference will not be held and the discovery plan set forth in this order will control.

4. **Discovery Plan.** Unless modified by order of this court, the following shall constitute the discovery plan for this adversary proceeding:

    a.  The initial disclosures required by F.R.Civ.P. 26(a)(1) shall be made not later than the date shown above for the initial pretrial conference.

    b.  The parties shall make the expert witness disclosures required by F.R.Civ.P. 26(a)(2), except rebuttal expert witness disclosures, not later than 60 days after issuance of the summons. Rebuttal expert witness disclosures shall be made within 90 days after issuance of the summons.

        c. All discovery shall be **concluded** within 120 days after issuance of the summons and shall be **initiated** by such date as will allow the full period for response permitted by the Federal Rules of Civil Procedure, unless such period is reduced by the court or by stipulation of the parties.

        d. No party may serve on another party more than of 25 interrogatories or 30 requests for admission, or take more than 5 depositions.

    5. **<u>Final Pretrial Conference.</u>** A final pretrial conference shall be held on _____, at 9:30 a.m. in Courtroom ___, Martin V.B. Bostetter, Jr., United States Court House, 200 South Washington Street, Alexandria, Virginia, at which an early trial date will be set. *At or before such conference, the parties must make the disclosure of trial witnesses and exhibits required by F.R.Civ.P. 26(a)(3). The witness list and the original and two copies of the exhibits — each properly bound, indexed and tabbed — must be filed with the court at or before the final pretrial conference.* Objections to exhibits must be served on the parties and filed with the court within 7 days after the final pretrial conference. Objections not made, other than objections under Rules 402 and 403 of the Federal Rules of Evidence, are waived unless excused by the court for good cause and the exhibits will stand as admitted.

    6. **<u>Summary Judgment Motions.</u>** All motions for summary judgment shall be filed not later than ten days after the close of discovery and shall be set for hearing on the next motions day that provides at least 15 days notice.

    7. **<u>Availability of Mediation.</u>** Pursuant to General Order 92-1-2, Adoption of Procedures For Mediation of Adversary Proceedings and Contested Matters, this case may be assigned to mediation by joint request of the parties at any time sufficiently in advance of a scheduled trial as to not delay the trial or by the Court at either the initial or final pre-trial conference. To request mediation, the parties must submit a praecipe signed by all counsel (or by the parties themselves, if not represented by counsel) requesting referral to mediation and designating a mutually acceptable mediator and alternate, or if the parties cannot agree on a choice of mediator, a statement to that effect. A list of volunteer mediators approved by the Court is available from the clerk. If the parties agree on a mediator and an alternate, the Clerk will enter an order referring the matter to mediation; otherwise the Court will designate the mediator and alternate and enter the order.

    8. **<u>Service of Order by Plaintiff.</u>** The clerk shall provide a copy of this order, the Instructions for Preparing Exhibit List, and the form Exhibit List to the plaintiff, who shall serve it on all defendants with the summons and complaint.

Alexandria, Virginia                                              **FOR THE COURT**
Date: _____           William C. Redden, Clerk
                                                                         United States Bankruptcy Court

                                                                         By: _____
                                                                                             Deputy Clerk

                                                                         NOTICE OF JUDGMENT OR ORDER
                                                                         ENTERED ON DOCKET

                                                                         _____