UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re: )
)
    MARK JOSEPH CRISCUOLO ) Case No. 09-14063-SSM
) Chapter 13
                 Debtor )
)
DUNLAP, GRUBB & WEAVER, PLLC )
)
                 Plaintiff )
)
vs. ) Adversary Proceeding No. 09-1253-SSM
)
MARK JOSEPH CRISCUOLO )
)
                 Defendant )

**ORDER DISMISSING COMPLAINT AND GRANTING LEAVE TO AMEND**

Upon consideration of the defendant's motion to dismiss the complaint for failure to state a claim for relief, and it appearing that the plaintiff wishes to file an amended complaint that would withdraw the claim for nondischargeability under § 523(a)(2), Bankruptcy Code, and amend the claim for nondischargeability under § 523(a)(6), Bankruptcy Code, it is

**ORDERED:**

1. The complaint is dismissed, with leave to file an amended complaint pleading a cause of action under § 523(a)(6), Bankruptcy Code, within <u>14 days</u> of the entry of this order.

2. The clerk will mail a copy of this order, or give electronic notice of its entry, to the parties listed below.

Date: _____        _____
                                                      Stephen S. Mitchell
Alexandria, Virginia                          United States Bankruptcy Judge

Copies to:

David Ludwig, Esquire
Dunlap, Grubb & Weaver, PLLC
199 Liberty St. S.W.
Leesburg, VA 20175
Counsel for the plaintiff

James Tse Chung Tsai, Esquire
Pesner Kawamoto & Conway PLC
7926 Jones Branch Drive, Suite 930
McLean, VA 22102
Counsel for the defendant